# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| SARDI'S ENTERPRISES, LTD, <br> 234 West 44th St. <br> New York, NY 10036 | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| V. | ) <br> ) |
| SARDIS CATERING, INC. <br> 9204 Baltimore Ave. <br> College Park, MD 20740 <br> (Prince George's County) | ) <br> ) <br> ) <br> ) |
| | ) |
| Serve:  Philip E. Sardelis <br> Resident Agent <br> 9204 Baltimore Ave. <br> College Park, MD 20740 | ) <br> ) <br> ) <br> ) |
| | ) |
| SARDI'S HOLDINGS, INC. <br> 9204B Baltimore Ave. <br> College Park, MD 20740 <br> (Prince George's County) | ) <br> ) <br> ) <br> ) |
| | ) |
| Serve:  Philip G. Sardelis <br> Resident Agent <br> 9204B Baltimore Ave. <br> College Park, MD 20740 | ) <br> ) <br> ) <br> ) |
| | ) |
| SARDI'S FRANCHISE GROUP, INC. <br> 9204B Baltimore Ave. <br> College Park, MD 20740 <br> (Prince George's County) | ) <br> ) <br> ) <br> ) |
| | ) <br> ) |

CASE NO. _____

**JURY TRIAL DEMAND**

Serve:  Philip G. Sardelis                              )
         Resident Agent                              )
         9204B Baltimore Ave.                    )
         College Park, MD 20740               )
                                                                      )
SARDIS FUSION INC.                                  )
3418 Olney Laytonsville Rd                          )
Olney, MD 20832                                          )
(Montgomery County)                                  )
                                                                      )
Serve:  Philip G. Sardelis                              )
         Resident Agent                              )
         10776 Tucker St.                            )
         Beltsville, MD 20705                      )
                                                                      )
SARDIS CHICKEN INC.                              )
10433 Baltimore Ave.                                  )
Beltsville, MD 20705                                  )
(Prince George's County)                          )
                                                                      )
Serve:  Philip G. Sardelis                              )
         Resident Agent                              )
         915 Brick Manor Cir.                      )
         Silver Spring, MD 20905               )
                                                                      )
SARDI'S CHICKEN II, INC.                        )
430 N. Frederick Ave.                                )
Gaithersburg, MD 20877                            )
(Montgomery County)                                )
                                                                      )
Serve:  Philip G. Sardelis                              )
         Resident Agent                              )
         2112 Blue Knob Ter.                      )
         Silver Spring, MD 20906               )
                                                                      )
SARDIS CHICKEN III INC.                        )
50 N. McCain Dr.                                        )
Frederick, MD 21702                                  )
(Frederick County)                                      )
                                                                      )

```
        Serve:  Philip E. Sardelis                    )
                Resident Agent                        )
                11203 Bennington Dr.                  )
                Upper Marlboro, MD 20774              )
                                                      )
SARDI'S CHICKEN IV, INC.                              )
8811 N. Hampton Mall Dr.                              )
Capitol Heights, MD 20743                             )
(Prince George's County)                             )
                                                      )
        Serve:  Philip G. Sardelis                    )
                Resident Agent                        )
                8811 N. Hampton Mall Dr.             )
                Capitol Heights, MD 20743            )
                                                      )
SARDIS CHICKEN MANASSAS INC                           )
10433 Baltimore Ave.                                  )
Beltsville, MD 20705                                  )
(Prince George's County)                             )
                                                      )
        Serve:  Philip G. Sardelis                    )
                Resident Agent                        )
                10433 Baltimore Ave.                 )
                Beltsville, MD 20705                 )
                                                      )
SARDI'S CHICKEN V, INC.                               )
3443 Branch Ave.                                      )
Temple Hills, MD 20748                                )
(Prince George's County)                             )
                                                      )
        Serve:  Philip G. Sardelis                    )
                Resident Agent                        )
                9204B Baltimore Ave.                 )
                College Park, MD 20740               )
                                                      )
SARDI'S CHICKEN VI, INC.                              )
1159 University Blvd                                  )
Takoma Park, MD 20912                                 )
(Montgomery County)                                   )
                                                      )
```

```
        Serve:  Philip G. Sardelis                )
                Resident Agent                    )
                1159 University Blvd              )
                Takoma Park, MD 20912            )
                                                  )
SARDI'S CHICKEN VII, INC.                        )
13600 Baltimore Ave.                              )
Laurel, MD 20707                                  )
(Prince George's County)                          )
                                                  )
        Serve:  Philip G. Sardelis                )
                Resident Agent                    )
                13600 Baltimore Ave.             )
                Laurel, MD 20707                 )
                                                  )
SARDI'S CHICKEN VIII, LLC                        )
9204B Baltimore Ave.                              )
College Park, MD 20740                            )
(Prince George's County)                          )
                                                  )
        Serve:  Philip E. Sardelis                )
                Resident Agent                    )
                9204B Baltimore Ave.             )
                College Park, MD 20740           )
                                                  )
SARDI'S CHICKEN IX, LLC                          )
9204B Baltimore Ave.                              )
College Park, MD 20740                            )
(Prince George's County)                          )
                                                  )
        Serve:  Philip E. Sardelis                )
                Resident Agent                    )
                9204B Baltimore Ave.             )
                College Park, MD 20740           )
                                                  )
SARDI'S CHICKEN PA, INC.                         )
4510 City Line Ave.                               )
Philadelphia, PA 19131                            )
                                                  )
```

4

PHILIP E. SARDELIS                                      )
3200 N. Leisure World Blvd                              )
Apt. 102                                                )
Silver Spring, Maryland 20906                           )
(Montgomery County)                                     )
                                                        )
        AND                                             )
                                                        )
PHILIP G. SARDELIS                                      )
3901 Arbor Crest Way                                    )
Rockville, Maryland 20853                               )
(Montgomery County)                                     )
                                    Defendants.         )
------------------------------------------------------------------------X

## COMPLAINT FOR TRADEMARK
## INFRINGEMENT AND TRADEMARK DILUTION

Plaintiff Sardi's Enterprises, Ltd. ("Plaintiff"), by and through its attorneys, Jeffrey M. Schwaber and the law firm of Sperling Bennett De Jong Driscoll PC, as and for its complaint against defendants Sardis Catering, Inc., Sardi's Holdings, Inc., Sardi's Franchise Group, Inc., Sardis Fusion Inc., Sardis Chicken Inc., Sardi's Chicken II, Inc., Sardis Chicken III Inc., Sardi's Chicken IV, Inc., Sardis Chicken Manassas Inc., Sardi's Chicken V, Inc., Sardi's Chicken VI, Inc., Sardi's Chicken VII, Inc., Sardi's Chicken VIII, LLC., Sardi's Chicken IX, LLC, Sardi's Chicken PA, Inc., Philip E. Sardelis, and Philip G. Sardelis (collectively, "Defendants"), alleges:

## I.      THE PARTIES

1.      Plaintiff Sardi's Enterprises, Ltd is a New York corporation having its principal place of business at 234 West 44th Street, New York, NY 10036.

2.      Upon information and belief, Defendant Sardis Catering Inc. is a Maryland corporation having a principal place of business at 9204 Baltimore Avenue, College Park, MD 20740.

3.      Upon information and belief, Defendant Sardi's Holdings, Inc. is a Maryland corporation having a principal place of business at 9204B Baltimore Avenue, College Park, MD 20740.

4.      Upon information and belief, Defendant Sardi's Franchise Group, Inc. is a Maryland corporation having a principal place of business at 9204B Baltimore Avenue, College Park, MD 20740.

5.      Upon information and belief, Defendant Sardis Fusion Inc. is a Maryland corporation having a principal place of business at 3418 Olney Laytonsville Road, Olney, MD 20832.

6.      Upon information and belief, Defendant Sardis Chicken Inc. is a Maryland corporation having a principal place of business at 10433 Baltimore Avenue, Beltsville, MD 20705.

7.      Upon information and belief, Defendant Sardi's Chicken II, Inc. is a Maryland corporation having a principal place of business at 430 N. Frederick Avenue, Gaithersburg, MD 20877.

8.      Upon information and belief, Defendant Sardis Chicken III Inc. is a Maryland corporation having a principal place of business at 50 N. McCain Drive, Frederick, MD, 21702.

9.      Upon information and belief, Defendant Sardi's Chicken IV, Inc. is a Maryland corporation having a principal place of business at 8811 N Hampton Mall Drive, Capitol Heights, MD 20743.

10.      Upon information and belief, Defendant Sardis Chicken Manassas Inc. is a Maryland corporation having a principal place of business at 10433 Baltimore Avenue, Beltsville, MD 20705.

11.      Upon information and belief, Defendant Sardi's Chicken V, Inc. is a Maryland corporation having a principal place of business at 343 Branch Avenue, Temple Hills, MD 20748.

12.     Upon information and belief, Defendant Sardi's Chicken VI, Inc. is a Maryland corporation having a principal place of business at 1159 University Boulevard, Takoma Park, MD 20912.

13.     Upon information and belief, Defendant Sardi's Chicken VII, Inc. is a Maryland corporation having a principal place of business at 13600 Baltimore Avenue, Laurel, MD 20707.

14.     Upon information and belief, Defendant Sardi's Chicken PA, Inc. is a Pennsylvania corporation having a principal place of business at 4510 City Line Avenue, Philadelphia, PA 19131.

15.     Upon information and belief, Defendant Sardi's Chicken VIII, LLC is a Maryland corporation having a principal place of business at 9204B Baltimore Avenue, College Park, MD 20740.

16.     Upon information and belief, Defendant Sardi's Chicken IX, LLC is a Maryland corporation having a principal place of business at 9204B Baltimore Avenue, College Park, MD 20740.

17.     Upon information and belief, Defendant Philip E. Sardelis is an individual residing in Maryland and is a citizen of the State of Maryland.

18.     Upon information and belief, Defendant Philip G. Sardelis is an individual residing in Maryland and is a citizen of the State of Maryland.

## II.     JURISDICTION AND VENUE

19.     This Court has subject matter jurisdiction over the federal law causes of action pursuant to 28 U.S.C. §§ 1331 and 1338 because this action arises under the United States trademark laws, 15 U.S.C. § 1051 *et seq.* This Court has supplemental jurisdiction over the

common law causes of action under the laws of the State of Maryland pursuant to 28 U.S.C. § 1367.

20.     Upon information and belief, Defendants Sardis Catering, Inc., Sardi's Holdings, Inc., Sardi's Franchise Group, Inc., Sardi's Fusion Inc., Sardi's Chicken II, Inc., Sardis Chicken III Inc., Sardi's Chicken IV, Inc., Sardis Chicken Manassas Inc., Sardi's Chicken V, Inc., Sardi's Chicken VI, Inc., Sardi's Chicken VII, Inc., Sardi's Chicken VIII, LLC., and Sardi's Chicken IX, LLC, are subject to this Court's *in personam* jurisdiction because they are incorporated and do business in the State of Maryland.

21.     Upon information and belief, Defendant Sardi's Chicken PA, Inc. is subject to this Court's *in personam* jurisdiction in accordance with due process and/or the Maryland longarm statute because it has substantial business contacts with the State of Maryland. Defendant Sardi's Chicken PA, Inc. purposefully avails itself of the benefits and protections of the State of Maryland because it engaged in, and continues to engage in, *inter alia*, franchising its operations and name from Sardi's Franchise Group, Inc., a franchisor incorporated and doing business in Maryland.

22.     Upon information and belief, Philip E. Sardelis and Philip G. Sardelis are subject to this Court's personal jurisdiction because they are residents of Maryland.

23.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this action occurred in this judicial district.

## III.   **BACKGROUND**

### A.   **Nature of the Case**

24.     This action arises from Defendants' (i) trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114 *et seq.*; (ii) trademark dilution in violation of

Section 43 of the Lanham Act, 15 U.S.C. § 1125 *et seq.*; (iii) unfair competition in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125 *et seq.;* and (iv) trademark infringement and unfair competition under the common law of the State of Maryland.

**B.      Sardi's, its Trademark and Goodwill**

**1.      Sardi's Enterprises Ltd.**

25.      Plaintiff owns and operates Sardi's Restaurant in New York City.

26.      Plaintiff is the successor-in-interest, with respect to Sardi's Restaurant and all trademarks and service marks associated therewith, to, *inter alia*, Sardi's Restaurant Services, Inc., Vincent Sardi, Sr. and Vincent Sardi, Jr.

27.      Sardi's Restaurant was established in 1927 and has operated under that name and mark continuously since then as a high-end restaurant in New York City's Broadway theater district.  Since its founding to the present time, Sardi's Restaurant has been popular among entertainment, society, and political celebrities.  Sardi's Restaurant is deeply connected to New York City's Broadway theater industry and culture, and is internationally known for this connection.

28.      Sardi's Restaurant is known among the general and relevant consuming public in the United States and elsewhere for its high-end food, its elegant and uniquely decorated dining room, and its connections to American theater, television, and film.  Sardi's Restaurant, in association with the formative Sardi's SARDI'S Marks, has been featured in movies, television programs, and literature.

29.      Beginning in 1947 the radio program "Luncheon at Sardi's" was broadcast from Sardi's Restaurant.

30.     Beginning in 1932, Plaintiff's predecessor in interest operated and/or authorized the operation of a Sardi's Restaurant in Hollywood, which was similarly popular with, and patronized by, film and society celebrities.

31.     Plaintiff maintains a website at www.sardis.com, where it promotes goods and services in association with the SARDI'S Marks.

**2.     The SARDI'S Mark**

32.     Plaintiff is the sole owner of all right, title and interest in the SARDI'S word mark and the stylized design thereof (the "SARDI'S Mark").  The SARDI'S Mark was registered as U.S. Trademark Registration No. 1,212,788 on July 20, 1982.  A copy of the SARDI'S Mark registration is attached as Exhibit A.  At all times relevant hereto, the SARDI'S Mark was, and is, a valid and legally issued trademark.

33.     Plaintiff is the sole owner of all right, title and interest in the formative SARDI'S as a common law trademark (together with the SARDI'S Mark, the "SARDI's Marks").

34.     For over 90 years, the SARDI'S Marks have been used to advertise, promote, sell and/or offer for sale restaurant services provided by Plaintiff and its predecessor(s), by advertising and signage at restaurant(s) operated by Plaintiff and its predecessor(s), by television, radio, the internet, and in cookbooks containing recipes from Sardi's Restaurant.

**3.     Goodwill Associated with the SARDI'S Marks**

35.     The substantial goodwill, customer recognition and reputation developed by Plaintiff is predicated largely on the quality, price, location, and association with celebrity of the SARDI'S Marks.

36.     Plaintiff and its predecessors expended, and Plaintiff continues to expend, significant resources in maintaining the quality and reputation of Sardi's Restaurant and the catering and restaurant services offered there and in association with the SARDI'S Marks.

37.     As a result of Plaintiff's significant investment in developing and maintaining the goodwill, customer recognition and reputation the SARDI'S Marks acquired over a span of 90 years, the SARDI'S Marks enjoy a distinct association with Plaintiff and Sardi's Restaurant in the United States and elsewhere.

38.     The SARDI'S Marks are widely, and actually, recognized by the general and relevant consuming public in the United States and elsewhere as originating from Plaintiff.

39.     Plaintiff uses the SARDI'S Marks as a designation of the source of origin of the services provided by Plaintiff.

40.     Because of the 90 year duration of use of the SARDI'S Marks by Plaintiff and its predecessor(s) throughout the United States, the advertising associated therewith, the substantial depiction of Sardi's Restaurant in association with the SARDI'S Marks throughout media, and the wide recognition by the general and relevant consuming public of the SARDI'S Marks throughout the United States and elsewhere, the SARDI'S Marks are famous marks and meet the elements of famous marks pursuant to 15 U.S.C. § 1125(c).

**C.     Defendants' Infringement of the SARDI'S Marks and Trademark Dilution**

41.     Upon information and belief, Defendants are, *inter alia*, caterer(s), franchisor(s), franchised and non-franchised restaurant(s), and individuals who each own, manage, and/or operate one or more caterer(s), franchisor(s), franchised and non-franchised restaurant(s) in Maryland, Virginia, and Pennsylvania.

42.     Upon information and belief, Defendants advertise, promote, sell and/or offer restaurant, catering, and dining services in connection with the formative "Sardi's". Advertisements for Defendants and Defendants' businesses using the formative "Sardi's" are shown throughout the greater Washington D.C., Virginia, and Maryland area.

43.     Upon information and belief, Defendants operate websites at domains such as sardiscatering.com, sardischicken.com, and sardisfusion.com.  These websites are available worldwide.

44.     For example, the website at www.sardisfusion.com, which is, upon information and belief, operated by one or more of Defendants, prominently displays the mark "SARDI'S" in connection with the offering and promotion of restaurant services.  A screen shot depicting Defendants' use of the infringing SARDI'S Mark is attached as Exhibit B.

45.     Upon information and belief, other websites operated by one or more Defendants prominently display the formative "SARDI'S" in connection with the offering and promotion of restaurant and/or catering services.

46.     The formative "Sardi's," used in almost all of the Defendants' corporate names, is identical to Plaintiff's formative "SARDI'S" common law trademark and the registered SARDI'S Mark.

47.     The restaurant, catering, and dining services that Defendants advertise, promote, offer, and provide in connection with the "Sardi's" formative are substantially similar to those advertised, promoted, offered, and provided by Plaintiff.

48.     Upon information and belief, Defendants were aware of the SARDI'S Marks at the time of formation of each Defendant business entity and the individual Defendants have been aware of the SARDI'S Marks for decades.

49.     Upon information and belief, Defendants deliberately, intentionally and maliciously use the infringing SARDI'S Marks in their company names to mislead and confuse customers into falsely believing that Defendants' services are provided, sponsored or approved by Plaintiff.

50.     Upon information and belief, Defendants advertise, promote, offer, and provide, in interstate commerce, services in the same channels of trade, through the same media, as the services advertised, promoted, offered, and provided by Plaintiff.

51.     On May 17, 2016, Defendants Sardis Catering Inc., Philip E. Sardelis, and Philip G. Sardelis received a letter from Plaintiff, which demanded that those Defendants and all other associated entities immediately cease and desist infringement of the SARDI'S Marks.

52.     Defendants, however, continue their flagrant, notorious, intentional and malicious infringement to profit and to trade off Plaintiff's valuable goodwill, customer recognition and reputation.

53.     As a result of the foregoing, Plaintiff has suffered, and continues to suffer, irreparable harm and economic injury.

## IV.    CAUSES OF ACTION

### COUNT I
(Trademark Infringement under the Lanham Act and
the Common Law of the State of Maryland)

54.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-53 of this Complaint as though fully set forth herein.

55.     This cause of action arises under Section 32 of the Lanham Act, 15 U.S.C. § 1114 *et seq.* and the common law of the State of Maryland.

56.     Plaintiff is the owner of all right, title and interest in the SARDI'S Marks.

57.     Defendants operate, either directly or through franchisees, restaurants that display the SARDI'S Marks.

58.     Defendants operate websites including www.sardisfusion.com, www.sardiscartering.com, and www.sardischicken.com that prominently display the SARDI'S Marks.

59.     Defendants advertise and promote their restaurants and catering services using the SARDI'S Marks.

60.     The formative "Sardi's" in the corporate names of Defendants Sardis Catering, Inc., Sardi's Holdings, Inc., Sardi's Franchise Group, Inc., Sardi's Fusion Inc., Sardi's Chicken II, Inc., Sardis Chicken III Inc., Sardi's Chicken IV, Inc., Sardis Chicken Manassas Inc., Sardi's Chicken V, Inc., Sardi's Chicken VI, Inc., Sardi's Chicken VII, Inc., Sardi's Chicken VIII, LLC., Sardi's Chicken IX, LLC, Sardi's Chicken PA, Inc.. is identical and confusingly similar to the SARDI'S Mark.

61.     Based on the allegations set forth herein, Defendants infringe Plaintiff's SARDI's Marks under Section 32 of the Lanham Act, 15 U.S.C. § 1114(1) *et seq.* and the common law of the State of Maryland.

62.     As a direct and proximate consequence of Defendants' unlawful acts of trademark infringement, Plaintiff has suffered, and continues to suffer, irreparable injury and monetary damages.

63.     By reason of the foregoing, Plaintiff seeks damages and a trebling thereof and preliminary and permanent injunctions enjoining all Defendants from committing further unlawful acts of trademark infringement in violation of Section 32 of the Lanham Act and the common law of the State of Maryland.

## COUNT II
### (Trademark Dilution under the Lanham Act)

64.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-53 of this Complaint as though fully set forth herein.

65.     This cause of action arises under Section 43 of the Lanham Act, 15 U.S.C. § 1125(c) *et seq.*

66.     Plaintiff is the owner of all right, title and interest in the SARDI'S Marks.

67.     By virtue of Plaintiff's efforts and investments in the SARDI'S Marks and those of its predecessors in interest, the SARDI'S Marks possess the requisite degree of recognition to qualify as famous marks pursuant to 15 U.S.C. § 1125(c) *et seq.*

68.     Defendants unauthorized use of the SARDI'S Marks will tend to and, in fact, does dilute the distinctive quality of said marks, and will diminish and destroy the public's association of said marks with Plaintiff and is likely to cause dilution by blurring and/or dilution by tarnishment in violation of 15 U.S.C § 1125(c) *et seq.*

69.     Defendants' unlawful acts of trademark dilution described herein constitute a violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(c) *et seq.*

70.     As a direct and proximate consequence of Defendants' unlawful acts of trademark dilution, Plaintiff suffered, and continues to suffer, irreparable injury and monetary damages.

71.     By reason of the foregoing, Plaintiff seeks damages and a trebling thereof and preliminary and permanent injunctions enjoining all Defendants from committing further unlawful acts of trademark dilution in violation of Section 43 of the Lanham Act.

## COUNT III
### (Unfair Competition under the Lanham Act and
### the Common Law of the State of Maryland)

72.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-53 of this Complaint as though fully set forth herein.

73.     This cause of action arises under Section 43 of the Lanham Act, 15 U.S.C. § 1125(a) *et seq.* and the common law of the State of Maryland.

74.     Upon information and belief, Defendants' trading off the value, goodwill, consumer recognition and reputation of Plaintiff's services will continue unless enjoined by this Court.

75.     Defendants' unlawful acts of unfair competition described herein constitute violations of 15 U.S.C. § 1125(a) *et seq.* and the common law of the State of Maryland.

76.     As a direct and proximate consequence of Defendants' unlawful acts of unfair competition, Plaintiff suffered, and continues to suffer, irreparable injury and monetary damages.

77.     By reason of the foregoing, Plaintiff seeks damages and a trebling thereof and preliminary and permanent injunctions enjoining Defendants' from committing unlawful acts of unfair competition in violation of Section 43 of the Lanham Act and the common law of the State of Maryland.

### RESERVATION OF RIGHTS

The above allegations and claims are based upon information known to Plaintiff, and/or upon Plaintiff's information and belief, at this time.  Plaintiff's discovery and investigation in this action is continuing and Plaintiff reserves its right to supplement and/or amend such allegations and claims.

## REQUEST FOR RELIEF

**WHEREFORE**, Sardi's Enterprises, Ltd prays for judgment and an order:

a. preliminarily and permanently enjoining Defendants and their respective officers, directors, agents, affiliates, subsidiaries, parents, employees and all persons and entities acting in concert therewith, from directly or indirectly committing further actions of trademark infringement pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116 *et seq.* and the common law of the State of Maryland;

b. preliminarily and permanently enjoining Defendants and their respective officers, directors, agents, affiliates, subsidiaries, parents, employees and all persons and entities acting in concert therewith, from directly or indirectly committing further actions of false designation of origin and unfair competition pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116 *et seq.* and the common law of the State of Maryland;

c. preliminarily and permanently enjoining Defendants and their respective officers, directors, agents, affiliates, subsidiaries, parents, employees and all persons and entities acting in concert therewith, from directly or indirectly committing further actions of trademark dilution pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116 *et seq*;

d. requiring Defendants to undertake remedial action designed to correct the confusion caused by Defendants, including, but not limited to:

        i.   corrective advertising on any and all websites controlled or operated by Defendants, stating that Defendants violated Plaintiff's intellectual property rights and are not affiliated with Plaintiff; and

       ii.   posting signage in all restaurants operated by Defendants, stating that Defendants violated Plaintiff's intellectual property rights and are not affiliated with Plaintiff.

e.     awarding Plaintiff damages for Defendants' infringement of the SARDI'S Marks pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117, *et seq.*;

f.     awarding Plaintiff damages for Defendants' unfair competition pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117 *et seq.*;

g.     awarding Plaintiff damages for Defendants' dilution of the SARDI'S Marks pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117 *et seq.*;

h.     requiring Defendants to render an accounting to Plaintiff for Defendants' profits or the value of the business opportunities received from the foregoing acts of trademark infringement, unfair competition and trademark dilution;

i.     awarding Plaintiff pre-judgment and post-judgment interest as applicable by law;

j.     awarding Plaintiff treble damages for Defendants' willful and intentional violations pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117 *et seq.*;

k.     awarding Plaintiff its costs and attorney's fees incurred in this action;

       pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117(a) *et seq.*

n.     granting Plaintiff such other relief as this Court may deem just and proper.


                        Respectfully submitted,

                        STEIN SPERLING BENNETT
                        DE JONG DRISCOLL PC


                        _____/s/ Jeffrey M. Schwaber_____
                        Jeffrey M. Schwaber (Bar ID 06095)
                        jschwaber@steinsperling.com
                        25 West Middle Lane
                        Rockville, Maryland 20850
                        (301) 340-2020 (telephone)
                        (301) 354-8110 (facsimile)